# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:12-cr-00033-MR-DLH-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **GLENN ASHE.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* letter requesting the release of a truck which was seized by the Government and a *pro se* letter requesting a copy of his sentencing transcript at the Government's expense [Docs. 142, 144].

The Defendant is currently represented by counsel. The Court does not ordinarily entertain motions filed by a criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(H). Accordingly, the Defendant's *pro se* letters, which the Court construes as motions, are denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motions [Docs. 142, 144] are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: December 30, 2013

Martin Reidinger
United States District Judge