IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:12-cr-00033-MR-DLH-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **GLENN ASHE.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* letters to the Clerk of Court requesting the release of a truck and other personal property which was allegedly seized by the Government. The Defendant also states in his letters that he would like to file a motion challenging his sentence. [Docs. 180, 191].

The Clerk of Court cannot act upon letters submitted by parties. If the Defendant wishes to seek affirmative relief from the Court, he should do so by filing an appropriate motion.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court is respectfully directed to return the Defendant's letters [Docs. 180, 191] to the Defendant along with a copy of this Order.

**IT IS SO ORDERED**.

Signed: May 15, 2014

Martin Reidinger
United States District Judge