# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:12-cr-00033-MR-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GLENN ASHE. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* letter, which the Court construes as a motion seeking the release of personal property and the appointment of counsel [Doc. 196].

In his motion, the Defendant seeks "the release of [his] personal property one 86 Chevy truck." [Doc. 196 at 1]. He further requests the appointment of counsel to represent in his "civil matter." [Id.].

It is unclear from the motion whether the subject property was seized by federal or state authorities. A review of the docket reveals that no forfeiture order has been entered in this matter, and thus, the Defendant's truck has not been seized by federal authorities pursuant to any order of forfeiture. To the extent that the truck may have been subject to a federal administrative forfeiture, the Defendant has not alleged that such administrative process violated any statutory or due process requirements.

Further, to the extent that the truck may have been seized by state authorities, the Court is without jurisdiction to address his claim.

Finally, the Defendant's request for the appointment of counsel to represent in an unidentified "civil matter" must be denied.  The Defendant does not identify any federal civil proceeding that is pending against him.  To the extent that there may be a state civil matter pending, the Court is without authority to appoint counsel in such a matter.

For the foregoing reasons, **IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 196] is **DENIED**.

**IT IS SO ORDERED**.

Signed: July 28, 2014

Martin Reidinger
United States District Judge